FILED
July 13, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR S-07-0266 FCD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| YOUA TRUE VANG, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  YOUA TRUE VANG , Case No.  CR S-07-0266 FCD , Charge  18 USC §§ 371; 960; 956; 2332 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ 650,000  Vaccarro bond

_X_  Unsecured Vaccarro Appearance Bond  to be replaced by secured bond within two weeks of today's date.

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

_X_  (Other)  Pretrial Services Supervision of conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 13, 2007  at  2:20  pm.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge