JAMES J. BROSNAHAN (CA SBN 34555)
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

GEORGE C. HARRIS (CA SBN 111074)
MELISSA A. JONES (CA SBN 205576)
MORRISON & FOERSTER LLP
400 Capitol Mall, Ste. 2600
Sacramento, California 95814
Telephone: 916.448.3200

Attorneys for Defendant
YOUA TRUE VANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARRISON ULRICH JACK; GENERAL VANG PAO, aka Pao Vang, aka Vang Pao, LO CHA THAO; LO THAO, aka President Lo Thoa, aka Xia Lo Thao; YOUA TRUE VANG, aka Joseph Youa Vang, aka Colonel Youa True Vang; HUE VANG; CHONG YANG THAO; SENG VUE; CHUE LO; NHIA KAO VANG; and DANG VANG, aka David Vang,<br><br>Defendants. | Case No. 2:07-CR-0266 FCD<br><br>**WAIVER OF DEFENDANT'S APPEARANCE** |

Pursuant to Federal Rule of Criminal Procedure 43(c)(2), defendant Youa True Vang, in the above matter, hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court except for trial, entry of plea, or sentencing.

Defendant agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present.

1

sa-52767

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3164-3174 (Speedy Trial Act), and authorizes his attorney to set time and delays under that Act without defendant being present.

Dated: 8/6/07         I hereby consent to this waiver.

/s/Youa True Vang
Youa True Vang

Dated: 8/6/07         I hereby consent to this waiver.

/s/James J. Brosnahan
James J. Brosnahan
MORRISON & FOERSTER LLP

IT IS SO ORDERED

Dated: August 10, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE