JAMES J. BROSNAHAN (CA SBN 34555)
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

GEORGE C. HARRIS (CA SBN 111074)
MELISSA A. JONES (CA SBN 205576)
MORRISON & FOERSTER LLP
400 Capitol Mall, Ste. 2600
Sacramento, California 95814
Telephone: 916.448.3200

Attorneys for Defendant
YOUA TRUE VANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARRISON ULRICH JACK; GENERAL VANG PAO, aka Pao Vang, aka Vang Pao, LO CHA THAO; LO THAO, aka President Lo Thoa, aka Xia Lo Thao; YOUA TRUE VANG, aka Joseph Youa Vang, aka Colonel Youa True Vang; HUE VANG; CHONG YANG THAO; SENG VUE; CHUE LO; NHIA KAO VANG; and DANG VANG, aka David Vang,<br><br>Defendants. | Case No. 2:07-CR-0266 FCD<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

sa-54523

Defendant Youa True Vang, by and through his counsel James J. Brosnahan, and the United States of America, through its counsel Assistant U.S. Attorney Robert M. Twiss, hereby stipulate that the conditions of Mr. Vang's pretrial release may be modified as follows:

1. Mr. Vang will be subject to a curfew between the hours of 7:00 PM and 6:30 AM. During that time period he will continue to be subject to Electronic Monitoring. Pre-Trial Services will evaluate and determine whether the cost of electronic monitoring will be borne by Pre-Trial Services due to the fact that Mr. Vang is elderly, unemployed and indigent. Mr. Vang is required to continue to reside at his current residence and may not leave or be absent from that residence during the hours of 7:00 PM to 6:30 AM unless he obtains advance authorization and approval from a Pre-Trial Services officer.

2. Between the hours of 6:30 AM and 6:59 PM, Mr. Vang may attend Church, keep appointments, attend meetings with Social Services, make bank visits, and any other appointments that require his presence and/or signature. In addition, he may exercise during those hours by taking walks in his neighborhood and local area. Mr. Vang may visit regularly with family members and close friends, and may be visited by them at his residence. If, however, any visits occur after curfew hours, Mr. Vang must seek and obtain prior authorization from a Pre-Trial Services officer. Mr. Vang is permitted to participate in the caretaking of his grandchildren, including accompanying them to school in the morning and picking them up in the afternoon. He may also attend events in which his grandchildren participate, such as school performances or sports, as an observer. Further, Mr. Vang will be permitted to attend and participate in the Hmong New Year during the period of December 23-20, 2007, in Fresno, California.

2. Mr. Vang's use of the landline telephone remains restricted to seeking medical care, conversing with counsel, and speaking with immediate family members and other persons approved by Pre-Trial Services. Mr. Vang has provided Pre-Trial Services with a list of his immediate family members.

These modifications permit Mr. Vang to leave his residence during the specified hours at his discretion unless restricted by Pre-Trial Services at its discretion.

1       These modifications permit Mr. Vang to associate with, and speak by telephone to,
2 persons who are not family members at the discretion of and with the approval of a Pre-Trial
3 Services officer, instead of being restricted to associate and speak with only family members.
4 These modifications do not affect special conditions that continue to bar Mr. Vang from
5 associating with or having any contact with any co-defendant outside the presence of counsel.
6       These modifications shall remain in effect for 60 days from the date the order is entered
7 on the docket and shall be re-evaluated at that time to determine if the order should be continued
8 or modified.

IT IS SO STIPULATED.

Dated: December 18, 2007      By:   /s/ James J. Brosnahan
                                                                                     James J. Brosnahan
                                                                                     Attorney for Defendant
                                                                                     YOUA TRUE VANG

Dated: December 18, 2007      By:   /s/ Robert M. Twiss
                                                                                     Robert M. Twiss
                                                                                     Assistant U.S. Attorney

1 **<u>ORDER</u>**

2      GOOD CAUSE APPEARING, the conditions of Youa True Vang's pretrial release are

3 hereby modified as set forth in the attached Stipulation of Counsel.

4

5 IT IS SO ORDERED.

6 Dated: December 21, 2007.

                                      /s/ Dale A. Drozd
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

13 Ddad1/orders.criminal/vang0266.stipord(3)