1  JAMES J. BROSNAHAN (CA SBN 34555)
   SOMNATH RAJ CHATTERJEE (CA SBN 177019)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4
   GEORGE C. HARRIS (CA SBN 111074)
5  MELISSA A. JONES (CA SBN 205576)
   MORRISON & FOERSTER LLP
6  400 Capitol Mall, Ste. 2600
   Sacramento, California 95814
7  Telephone: 916.448.3200

8  Attorneys for Defendant
   YOUA TRUE VANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARRISON ULRICH JACK; GENERAL VANG PAO, aka Pao Vang, aka Vang Pao, LO CHA THAO; LO THAO, aka President Lo Thoa, aka Xia Lo Thao; YOUA TRUE VANG, aka Joseph Youa Vang, aka Colonel Youa True Vang; HUE VANG; CHONG YANG THAO; SENG VUE; CHUE LO; NHIA KAO VANG; and DANG VANG, aka David Vang,<br><br>Defendants. | Case No.   2:07-CR-0266 FCD<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT YOUA TRUE VANG** |

1       Defendant Youa True Vang, by and through his counsel James J. Brosnahan, and the

2 United States of America, through its counsel Assistant U.S. Attorney Robert M. Twiss, hereby

3 stipulate that the conditions of Mr. Vang's pretrial release may be modified as follows:

4       1.     Mr. Vang will no longer be subject to home detention or Electronic Monitoring.

5       2.     Mr. Vang will coordinate a regular reporting schedule with Pretrial Services, at the

6 direction of Pretrial Services, and will adhere to that schedule.

7       3.     Mr. Vang's travel shall be limited to the Eastern District of California, unless prior

8 approval is obtained from a Pretrial Services officer.

9      These modifications shall remain in effect for 90 days from the date the order is entered

10 on the docket and shall be re-evaluated at that time to determine if the order should be continued

11 or modified.

IT IS SO STIPULATED.

Dated: May 12, 2008                   By:    /s/ James J. Brosnahan
                                                         James J. Brosnahan
                                                         Attorney for Defendant
                                                         YOUA TRUE VANG


Dated: May 12, 2008                   By:    /s/ Robert M. Twiss
                                                         Robert M. Twiss
                                                           Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, the conditions of Youa True Vang's pretrial release are hereby modified as set forth in the attached Stipulation of Counsel.

IT IS SO ORDERED.

Dated: May 13, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.vang0266.stipord(7)