1  JAMES J. BROSNAHAN (CA SBN 34555)
   SOMNATH RAJ CHATTERJEE (CA SBN 177019)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4
   GEORGE C. HARRIS (CA SBN 111074)
5  MELISSA A. JONES (CA SBN 205576)
   MORRISON & FOERSTER LLP
6  400 Capitol Mall, Ste. 2600
   Sacramento, California 95814
7  Telephone: 916.448.3200

8  Attorneys for Defendant
   YOUA TRUE VANG
9

**FILED**

OCT 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,              Case No.    2:07-CR-266 FCD

14                  Plaintiff,             STIPULATION AND (PROPOSED)
                                           ORDER TO MODIFY CONDITIONS
15          v.                             OF RELEASE FOR DEFENDANT
                                           YOUA TRUE VANG
16  HARRISON ULRICH JACK, et. al.,

17                  Defendants.

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE**
sa-59893

1          Defendant Youa True Vang, by and through his counsel Melissa Jones, and the United

2   States of America, through its counsel Assistant U.S. Attorney Ellen Endrizzi, hereby stipulate

3   that the conditions of Mr. Vang's pretrial release may be modified as follows for the reasons

4   stated:

5          Youa True Vang is on pretrial release on a $650,000 Appearance Bond secured by a

6   combination of properties owned by his family members. Due to economic hardship, one

7   property that was provided as security for the Appearance Bond (1478 Avenue E, Kingsburg, CA

8   93631) is in the process of being sold through a short sale by its owners, Soua V. Daniels and

9   Yang Vang. To sell the property, it is necessary that the property be free from the encumbrance

10   imposed upon by its present status as partial security for Youa True Vang's Appearance Bond.

11   The original amount of equity in that property when the Appearance Bond was issued was

12   approximately $44,000; however, there is now negative equity in the property due to the

13   downturn in the real estate market. Indeed, the owners have been advised that they owe

14   approximately $20,000 more than the property is worth.

15          Pursuant to stipulation between the parties, it is agreed that the real property at 1478

16   Avenue E, Kingsburg, CA 93631, shall be re-conveyed to Soua V. Daniels and Yang Vang. It is

17   further agreed and stipulated that Soua V. Daniels and Yang Vang shall no longer be designated

18   as surety to the Appearance Bond for Youa True Vang.

19          IT IS SO STIPULATED.

20

21

22

23

24

25

26

27

28

1

2    Dated: September 23, 2009                By:    /s/ Melissa A. Jones
                                             Melissa A. Jones
3                                            Attorney for Defendant
                                             YOUA TRUE VANG
4

5

6    Dated: September 23, 2009                By:    /s/ Ellen Endrizzi
                                             Ellen Endrizzi
7                                            Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE**
sa-59893

2

1                                         **ORDER**

2            Having reviewed the stipulation set forth above,

3   IT IS SO ORDERED.

4   Dated: ~~September~~ _5_, 2009
              October

5

6                                   The Honorable Dale A. Drozd

7                                   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE**        3
sa-59893