1  JAMES J. BROSNAHAN (CA SBN 34555)
   SOMNATH RAJ CHATTERJEE (CA SBN 177019)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4
   GEORGE C. HARRIS (CA SBN 111074)
5  MELISSA A. JONES (CA SBN 205576)
   MORRISON & FOERSTER LLP
6  400 Capitol Mall, Ste. 2600
   Sacramento, California 95814
7  Telephone: 916.448.3200

8  Attorneys for Defendant
   YOUA TRUE VANG
9

FILED
DEC 1 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>     v.<br><br>HARRISON ULRICH JACK, et. al.,<br><br>                   Defendants. | Case No.   2:07-CR-266 FCD<br><br>**STIPULATION AND (PROPOSED) ORDER TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT YOUA TRUE VANG** |

1   Defendant Youa True Vang, by and through his counsel Melissa Jones, and the United

2   States of America, through its counsel Assistant U.S. Attorney Ellen Endrizzi, hereby stipulate

3   that the conditions of Mr. Vang's pretrial release may be modified as follows for the reasons

4   stated:

5   Youa True Vang is on pretrial release on a Vaccaro Bond ("Bond") secured by a

6   combination of properties owned by his family members. Due to economic hardship, one of the

7   properties that had been used as security for the bond (7333 Fremont Ave. N, Brooklyn Park,

8   MN) is now in foreclosure. The bank that is foreclosing on the property has requested that it be

9   free from the encumbrance imposed on it by its present status as partial security for Youa True

10  Vang's Bond. The original amount of equity in that property when the Bond was issued was

11  approximately $30,000; however, there is now negative equity in the property due to the

12  downturn in the real estate market.

13  Pursuant to stipulation between the parties, it is agreed that the real property at 7333

14  Fremont Ave. N, Brooklyn Park, MN, shall be re-conveyed to Dao Vang so it may proceed

15  through the foreclosure process. It is further agreed and stipulated that Dao Vang shall no longer

16  be designated as surety to the Bond for Youa True Vang.

17  IT IS SO STIPULATED.

18

19  Dated: December 10, 2009      By:   /s/ Melissa A. Jones
                                   Melissa A. Jones
                                   Attorney for Defendant
20                                 YOUA TRUE VANG

21

22

23  Dated: December 10, 2009      By:   /s/ Ellen Endrizzi
                                   Ellen Endrizzi
24                                 Assistant U.S. Attorney

25

26

27

28

STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE                              1
sa-60432

# ORDER

Having reviewed the stipulation set forth above,

IT IS SO ORDERED.

Dated: December 11, 2009

*Dale A. Drozd*
The Honorable Dale A. Drozd
United States Magistrate Judge