1  JAMES J. BROSNAHAN (CA SBN 34555)
   GEORGE C. HARRIS (CA SBN 111074)
2  SOMNATH RAJ CHATTERJEE (CA SBN 177019)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: 415.268.7000

5  MELISSA A. JONES (CA SBN 205576)
   MORRISON & FOERSTER LLP
6  400 Capitol Mall, Ste. 2600
   Sacramento, California 95814
7  Telephone: 916.448.3200

8  Attorneys for Defendant
   YOUA TRUE VANG
9

**FILED**

MAR - 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-266 FCD |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT YOUA TRUE VANG** |
| v. | |
| HARRISON ULRICH JACK, et. al., | |
| Defendants. | |

**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE**

sf-2801287

1   Defendant Youa True Vang, by and through his counsel Melissa Jones, and the United
2   States of America, through its counsel Assistant U.S. Attorney Ellen Endrizzi, hereby stipulate
3   that the conditions of Mr. Vang's pretrial release may be modified as follows for the reasons
4   stated:
5       Youa True Vang is on pretrial release on a Vaccaro Bond ("Bond") secured by a
6   combination of properties owned by his family members. Due to economic hardship, one of the
7   properties that had been used as security for the bond (Lot 4, John Mongan's Stewart Park
8   Addition, 1159 Arkwright Street, City of St. Paul, County of Ramsey, State of Minnesota, Zip
9   Code of 55101) is now in foreclosure. The bank that is foreclosing on the property has requested
10  that it be free from the encumbrance imposed on it by its present status as partial security for
11  Youa True Vang's Bond. The original amount of equity in that property when the Bond was
12  issued was approximately $30,000; however, there is now negative equity in the property due to
13  the downturn in the real estate market.
14      Pursuant to stipulation between the parties, it is agreed that the real property at Lot 4, John
15  Mongan's Stewart Park Addition, 1159 Arkwright Street, City of St. Paul, County of Ramsey,
16  State of Minnesota, Zip Code of 55101, shall be re-conveyed to James Vang so it may proceed
17  through the foreclosure process. It is further agreed and stipulated that James Vang shall no
18  longer be designated as surety to the Bond for Youa True Vang.
19      IT IS SO STIPULATED.
20
21
22
23
24
25
26
27
28

| | | | |
|---|---|---|---|
| 1 | Dated: March 3, 2010 | By: | /s/ Melissa A. Jones |
| 2 | | | Melissa A. Jones |
| | | | Attorney for Defendant |
| 3 | | | YOUA TRUE VANG |
| 4 | | | |
| 5 | | | |
| 6 | Dated: March 3, 2010 | By: | /s/ Ellen Endrizzi |
| | | | Ellen Endrizzi |
| 7 | | | Assistant U.S. Attorney |

## ORDER

Having reviewed the stipulation set forth above,

IT IS SO ORDERED.

Dated: March 9, 2010

*Dale A. Drozd*

The Honorable Dale A. Drozd
United States Magistrate Judge