1   JAMES J. BROSNAHAN (BAR NO. 34555)
    JBrosnahan@mofo.com
2   GEORGE C. HARRIS (BAR NO. 111074)
    GHarris@mofo.com
3   SOMNATH RAJ CHATTERJEE (BAR NO. 177019)
    SChatterjee@mofo.com
4   MELISSA ANN JONES (BAR NO. 205576)
    MJones@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   Attorneys for Defendant YOUA TRUE VANG

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              Case No.     2:07-CR-0266 FCD

13                  Plaintiff,             **ORDER GRANTING DEFENDANT
                                           YOUA TRUE VANG'S
14          v.                             ADMINISTRATIVE MOTION TO
                                           FILE UNDER SEAL DOCUMENTS
15  HARRISON ULRICH JACK;                  FILED IN SUPPORT OF
    aka Locha Thao; LO THAO, aka President Lo   DEFENDANT YOUA TRUE VANG'S
16  Thao, aka Xia Lo Thao; YOUA TRUE VANG, MOTION TO DISMISS FOR
    aka Joseph Youa Vang, aka Colonel Youa True   PROSECUTORIAL MISCONDUCT
17  Vang; HUE VANG, aka Chue Hue Vang;     BEFORE THE GRAND JURY**
    CHONG YANG THAO; SENG VUE; CHUE LO;
18  NHIA KAO VANG; DAVID VANG, aka Dang
    Vang; JERRY YANG, aka Thao Nou Yang; and
19  THOMAS YANG, aka Pao Yang

20                  Defendants.

21

22

23

24

25

26

27

28

# ORDER

This matter came before the Court on Defendant Youa True Vang's Administrative Motion to File Under Seal Documents Filed in Support of Defendant Youa True Vang's Motion to Dismiss for Prosecutorial Misconduct Before the Grand Jury. Having read and considered the Administrative Motion, and other pleadings and papers on file herein, and good cause appearing therefore, the Court hereby GRANTS Defendant Youa True Vang's Administrative Motion to File Under Seal Documents Filed in Support of Defendant Youa True Vang's Motion to Dismiss for Prosecutorial Misconduct Before the Grand Jury.

It is thus ORDERED that the following documents shall be filed under seal:

1. Youa True Vang's Motion to Dismiss for Prosecutorial Misconduct Before the Grand Jury, without redactions;

2. Exhibit A to the Declaration of Somnath R. Chatterjee In Support Of Youa True Vang's Motion To Dismiss For Prosecutorial Misconduct Before The Grand Jury, which are excerpts from the Reporter's Transcript of Proceedings of an Investigation Conducted by the Grand Jury;

3. Exhibits B and D to the Expert Declaration of Phong J. Yang, including Exhibits B and D thereto, which are discs containing video clips from an electronic audio-visual file produced by the government in an electronic formant and labeled "E-33 DVD-3.mpg," which purports to be a video taken on or about April 18, 2007;

4. Exhibit A to the Declaration of Youa True Vang In Support Of Youa True Vang's Motion To Dismiss For Prosecutorial Misconduct Before The Grand Jury, including Exhibit A thereto, which is a disc containing a video clip from an electronic audio-visual file produced by the government in an electronic formant and labeled "E-33 DVD-3.mpg," which purports to be a video taken on or about April 18, 2007;

5. Exhibit A to the Declaration of Fue Ricky Vang In Support Of Youa True Vang's Motion To Dismiss For Prosecutorial Misconduct Before The Grand Jury, including Exhibit A thereto, which is a disc containing a video clip from an electronic audio-

visual file produced by the government in an electronic formant and labeled "E-33 DVD-3.mpg," which purports to be a video taken on or about April 18, 2007; and

6.  Exhibit a to the Declaration of Nhia Lue Xiong In Support Of Youa True Vang's Motion To Dismiss For Prosecutorial Misconduct Before The Grand Jury, including Exhibit A thereto, which is a disc containing a video clip from an electronic audio-visual file produced by the government in an electronic formant and labeled "E-33 DVD-3.mpg," which purports to be a video taken on or about April 18, 2007.

IT IS SO ORDERED.

Dated:  May 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE