BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. 07-266-FCD |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| YOUA TRUE VANG, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney S. Robert Tice-Raskin, and defendant Youa True Vang, by and through his counsel of record, Somnath Raj Chatterjee, hereby stipulate as follows:

1. Defendant stands indicted for charges set forth in an Indictment, Superseding Indictment and Second Superseding Indictment for this matter.

2. The parties have entered into a deferred prosecution agreement or diversion agreement, a copy of which has been presented to the Court.

3. Under the terms of the agreement, prosecution shall be

deferred for a period of six months pursuant to certain enumerated terms and conditions. If defendant abides by all the terms and conditions of the agreement, the government has agreed to dismiss the pending charges at the end of the six-month period.

4. The parties request that this matter be set for status on or about March 29, 2011, shortly after the expiration of that six-month period.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date the Court signs this stipulation and order through March 29, 2011, inclusive, is deemed excludable as to this defendant pursuant to 18 U.S.C. § 3161(h)(2) because it represents a period of delay during which prosecution is deferred by the attorney for the government pursuant to a written agreement with the defendant with the approval of the Court, for the purpose of allowing the defendant to demonstrate his good conduct.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

7. Defense counsel represents that he has discussed this stipulation in full with defendant, that defendant desires to enter into the described deferred

```
 1          prosecution agreement, that defendant understands his
 2          rights under the Speedy Trial Act, and that defendant
 3          agrees that the noted period of time can be excluded
 4          under the Speedy Trial Act.
 5  IT IS SO STIPULATED.
 6
    DATED:   October 7, 2010.
 7
                            /s/ Tice-Raskin
 8                          S. ROBERT TICE-RASKIN
                            Assistant United States Attorney
 9
10  DATED:   October 7, 2010.
11
                            /s/ Somnath Raj Chatterjee
12                          SOMNATH RAJ CHATTERJEE
                            Counsel for Defendant
13
14                          **O R D E R**
15
       IT IS SO FOUND AND ORDERED this 7th day of October, 2010.
16
17
18
19                          _____
                            FRANK C. DAMRELL, JR.
20                          UNITED STATES DISTRICT JUDGE
```