FILED
OCT 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YOUA TRUE VANG,<br><br>    Defendant. | Case No. 2:07-CR-0266 FCD<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT FOR YOUA TRUE VANG TO MARCH 29, 2011; [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | |
| 2 | The United States of America, by and through its counsel of record, Assistant United |
| 3 | States Attorney S. Robert Tice-Raskin, and defendant Youa True Vang, by and through his |
| 4 | counsel of record, Somnath Raj Chatterjee, hereby stipulate as follows: |
| 5 | *Whereas*, defendant Youa True Vang has been charged in this action in an Indictment, |
| 6 | Superseding Indictment and Second Superseding Indictment; |
| 7 | *Whereas*, the parties have entered into an Agreement for Deferred Prosecution, a copy of |
| 8 | which has been executed by the Court, under which prosecution shall be deferred for a period of |
| 9 | six months pursuant to certain enumerated terms and conditions, and if defendant abides by the |
| 10 | terms and conditions of the agreement, the government shall dismiss the pending charges at the |
| 11 | end of the six-month period; |
| 12 | *Whereas*, the United States and Youa True Vang have separately stipulated to exclude |
| 13 | time through March 29, 2011 as to Youa True Vang pursuant to 18 U.S.C. § 3161(h)(2) and have |
| 14 | requested a status conference for March 29, 2011. |
| 15 | IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT |
| 16 | 1.  Youa True Vang need not appear at the Arraignment as to the Second Superseding |
| 17 | Indictment scheduled for October 15, 2010. |
| 18 | 2.  The Arraignment for Youa True Vang as to the Second Superseding Indictment |
| 19 | shall be continued to a hearing on March 29, 2011. |

Dated: October 8, 2010    RESPECTFULLY SUBMITTED,

By: /s/ S. Robert Tice-Raskin
    S. ROBERT TICE-RASKIN
    Assistant United States Attorney


Dated: October 8, 2010    RESPECTFULLY SUBMITTED,

MORRISON & FOERSTER LLP


By: /s/ Somnath Raj Chatterjee
    SOMNATH RAJ CHATTERJEE
    *Attorney for Defendant*
    YOUA TRUE VANG

## ORDER

IT IS SO ORDERED this 12th day of October, 2010.


By: *Dale A. Drozd*
    The Honorable Dale A. Drozd
    United States Magistrate Judge