FILED

OCT 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOUA TRUE VANG,<br><br>Defendant. | Case No.    2:07-CR-0266 FCD<br><br>**STIPULATION EXONERATING YOUA TRUE VANG'S BAIL AND VACARRO BOND; ORDER** |

| | |
|---|---|
| 1 | |
| 2 | The United States of America, by and through its counsel of record, Assistant United |
| 3 | States Attorney S. Robert Tice-Raskin, and defendant Youa True Vang, by and through his |
| 4 | counsel of record, Somnath Raj Chatterjee, hereby stipulate as follows: |
| 5 | *Whereas*, defendant Youa True Vang has been charged in this action in an Indictment, |
| 6 | Superseding Indictment and Second Superseding Indictment; |
| 7 | *Whereas*, on or about July 13, 2007, Youa True Vang was released from custody upon |
| 8 | posting bail in the sum of $650,000 by means of a Vacarro Bond, which was secured by various |
| 9 | properties posted by or on behalf of Youa True Vang; |
| 10 | *Whereas*, the parties have entered into an Agreement for Deferred Prosecution, a copy of |
| 11 | which has been presented to the Court, under which prosecution shall be deferred for a period of |
| 12 | six months pursuant to certain enumerated terms and conditions, and if defendant abides by the |
| 13 | terms and conditions of the agreement, the government shall dismiss the pending charges at the |
| 14 | end of the six-month period; |
| 15 | *Whereas*, the Agreement for Deferred Prosecution further provides that, it appearing that |
| 16 | Youa True Vang has successfully abided by the terms and conditions of his release from custody |
| 17 | and of bail in this action since July 2007, upon the execution of the agreement, the United States |
| 18 | will stipulate to the exoneration of bail and of any bonds posted by Youa True Vang or on his |
| 19 | behalf; |
| 20 | *Whereas*, by Order entered on October 5, 2009, property at 1478 Avenue E, Kingsburg, |
| 21 | CA, 93931, which was used to secure in part Youa True Vang's Vacarro Bond, was released and |
| 22 | re-conveyed to Soua V. Daniels and Yang Vang; |
| 23 | *Whereas*, by Order entered on December 14, 2009, property at 7333 Fremont Ave., N. |
| 24 | Brooklyn Park, MN, which was used to secure in part Youa True Vang's Vacarro Bond, was |
| 25 | released and re-conveyed to Dao Vang; |
| 26 | *Whereas*, by Order entered on March 9, 2010, property at 1159 Arkwright St., Saint Paul, |
| 27 | MN 55101, which was used to secure in part Youa True Vang's Vacarro Bond, was released and |
| 28 | re-conveyed to James Vang; |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT

1. All bonds posted by or on Youa True Vang's behalf as conditions of his release shall be exonerated and released. All conditions set forth in the Youa True Vang "Order for Release of Person in Custody" filed on July 13, 2007, and the Unsecured Appearance Bond filed on July 13, 2007 shall be exonerated, including the exoneration and release of the $650,000 Vaccarro Bond described therein.

2. All conditions, promises, and undertakings in connection with Youa True Vang's Vaccarro Bond shall be removed, lifted, and exonerated, including the conditions, promises and undertakings of Youa True Vang, Yang H. Vang, Chonnie Vang, Fue Ricky Vang, Koua Vang, Cheryl Vang, Soua Daniels, Yang Vang, Kong Kong, Seng Kong, Dao Vang, James Vang, Kue Xiong, and A. Vang Xiong.

3. All properties used to secure Youa True Vang's Vaccaro Bond shall be released, shall be free from any encumbrances imposed on them by their status as partial security for Youa True Vang's Vacarro Bond in this matter, and shall be re-conveyed to their owners including, without limitation, the following:

    a. Property at 11643 E. Belmont Ave., Sanger, CA 93657, shall be re-conveyed to Yang H. Vang, Fue Rick Vang and Connie Vang. (The deed for this property incorrectly listed the zip code as 93651; the correct zip code is 93657.)

    b. Property at 2142 N. Feland Ave, Fresno, CA 93722, shall be re-conveyed to Fue Ricky Vang.

    c. Property at 2758 Rall Ave., Clovis, CA 93611, shall be re-conveyed to Koua Vang and Cheryl Vang.

    d. Property at 4701 374th St., North Branch, MN 55056, shall be re-conveyed to Kong Kong and Seng Kong. (The deed for this property describes the property as "Lot Twenty-three (23) Block One (1) Eagles Nest Preserve, according to the plat thereof on file and of record in the office of the County Recorder in and for Chisago County, Minnesota.")

| | |
|---|---|
| 1 | |
| 2 | e. Property at 330 W. Minnehaha Ave., Saint Paul, MN 55103 shall be re-conveyed |

e. Property at 330 W. Minnehaha Ave., Saint Paul, MN 55103 shall be re-conveyed to Kue Xiong and A. Vang Xiong. (The deed for this property describes the property as "Lots 17, 18, and 19 Block 3, Humphrey's Addition to St. Paul, except the West 65 feet thereof.")

Dated: October 21, 2010                Respectfully submitted,

By: */s/ Jill Thomas*
JILL THOMAS
Assistant United States Attorney

Dated: October 21, 2010                Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Somnath Raj Chatterjee*
SOMNATH RAJ CHATTERJEE
Attorney for Defendant
YOUA TRUE VANG

## ORDER

IT IS HEREBY ORDERED THAT

1. All bonds posted by or on Youa True Vang's behalf as conditions of his release are hereby exonerated and released. All conditions set forth in the Youa True Vang "Order for Release of Person in Custody" filed on July 13, 2007, and the Unsecured Appearance Bond filed on July 13, 2007 are hereby exonerated, including the exoneration and release of the $650,000 Vaccarro Bond described therein.

2. All conditions, promises, and undertakings in connection with Youa True Vang's Vaccarro Bond are hereby removed, lifted, and exonerated, including the conditions, promises and undertakings of Youa True Vang, Yang H. Vang, Chonnie Vang, Fue Ricky Vang, Koua Vang, Cheryl Vang, Soua Daniels, Yang Vang, Kong Kong, Seng Kong, Dao Vang, James Vang, Kue Xiong, and A. Vang Xiong.

3. All properties used to secure Youa True Vang's Vaccaro Bond are hereby released, are free from any encumbrances imposed on them by their status as partial security for Youa True Vang's Vacarro Bond in this matter, and shall be re-conveyed to their owners including, without limitation, the following:

    a. Property at 11643 E. Belmont Ave., Sanger, CA 93657, shall be re-conveyed to Yang H. Vang, Fue Rick Vang and Connie Vang.

    b. Property at 2142 N. Feland Ave, Fresno, CA 93722, shall be re-conveyed to Fue Ricky Vang.

    c. Property at 2758 Rall Ave., Clovis, CA 93611, shall be re-conveyed to Koua Vang and Cheryl Vang.

    d. Property at 4701 374th St., North Branat, MN, shall be re-conveyed to Kong Kong and Seng Kong.

    e. Property at 330 W. Minnehaha Ave., Saint Paul, MN 55103 shall be re-conveyed to Kue Xiong and A. Vang Xiong.

IT IS SO ORDERED this 21st day of October, 2010.

Dated: October 21, 2010    By: _____
    The Honorable Dale A. Drozd
    United States Magistrate Judge

Ddad1\orders.criminal\vang0266.stipord.exon.bail&bond