JAMES J. BROSNAHAN (BAR NO. 34555)
JBrosnahan@mofo.com
GEORGE C. HARRIS (BAR NO. 111074)
GHarris@mofo.com
SOMNATH RAJ CHATTERJEE (BAR NO. 177019)
SChatterjee@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant YOUA TRUE VANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HARRISON ULRICH JACK; LO CHA THAO aka Locha Thao; LO THAO, aka President Lo Thao, aka Xia Lo Thao; YOUA TRUE VANG, aka Joseph Youa Vang, aka Colonel Youa True Vang; HUE VANG, aka Chue Hue Vang; CHONG YANG THAO; SENG VUE; CHUE LO; NHIA KAO VANG; DAVID VANG, aka Dang Vang; JERRY YANG, aka Thao Nou Yang; and THOMAS YANG, aka Pao Yang<br><br>    Defendants. | Case No.    2:07-CR-0266 FCD<br><br>**ORDER FOR RETURN OF DEFENDANT YOUA TRUE VANG'S PERSONAL PROPERTY** |

The above-captioned matter having been dismissed by this Court on January 10, 2011 and bail having been exonerated (*See* January 10, 2011 Order Dismissing Charges Against All Defendants, Docket Entry # 688), the personal property of defendant Youa True Vang, including his U.S. Passport, is to be returned to the defendant forthwith.

Dated: February 14, 2010

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Somnath Raj Chatterjee
SOMNATH RAJ CHATTERJEE
Attorneys for Defendant
YOUA TRUE VANG

**ORDER**

**IT IS SO ORDERED.**

Dated: February 16, 2011.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE